

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2019

No. 04-19-00334-CV

**IN RE** Jamie **BRICE**

Original Mandamus Proceeding[1]

### ORDER

Sitting:    Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Liza A. Rodriguez, Justice

On May 21, 2019, relator filed a petition for writ of mandamus and an emergency motion to stay. Relator is ORDERED to file a copy of the reporter's record from any hearing on the real party in interest's Original Petition in Suit Affecting the Parent-Child Relationship and relator's Plea to the Jurisdiction **no later than June 3, 2019**.

Relator's emergency motion is ORDERED HELD IN ABEYANCE.

It is so **ORDERED** on May 22, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019-3513-DC, styled *In the Interest of K.M.S. and B.D.S., Children*, pending in the 38th Judicial District Court, Real County, Texas, the Honorable Ron Carr presiding.